IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PENNY McGREGOR, | ) | Case No. 4:13-CV-00162-BLW |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| SAFE HAVEN HEALTH CARE, LLC, | ) ) | |
| Defendant. | ) ) | |

This matter having come before the Court on stipulation between the parties filed in this matter, and the Court having found good cause;

IT IS HEREBY ORDERED that the above-entitled action is dismissed **WITHOUT PREJUDICE** with each side to bear their own costs and fees.



DATED: **October 15, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

1 -   ORDER OF DISMISSAL WITHOUT PREJUDICE